UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRISTOPHER GEORGE SANDERS #510422** | **CASE NO. 24-cv-013 SEC P** |
| -vs- | **JUDGE DRELL** |
| **MARCUS MYERS ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), and after a de novo review of the record, including the Objection (ECF No. 11) filed by Petitioner, having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 7) is GRANTED and the claims against Marcus Myers are DENIED and DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the claims against Raymond Laborde Correctional Center's medical department are DENIED and DISMISSED WITH PREJUDICE, sua sponte, under 28 U.S.C. § 1915A.

THUS DONE AND SIGNED at Alexandria, Louisiana this _9th_ day of December 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT