UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRISTOPHER GEORGE SANDERS #510422** | **CASE NO. 1:24-CV-00013 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **MARCUS MYERS ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 19), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Motion for Summary Judgment (ECF No. 15) is GRANTED, and this civil action is DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 25 day of August 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT